(110 So. 479)

**L. E. LEDBETTER v. STATE.** (7 Div. 693.)

(Supreme Court of Alabama. Nov. 26, 1926.)

Certiorari to Court of Appeals.

Pinkney Scott, of Bessemer, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of L. E. Ledbetter for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Ledbetter v. State, 21 Ala. App. 582, 110 So. 478.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.